UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| YETHA IDRISS LUMUMBA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | File No. 1:13-cv-81-jgm-jmc |
| : | |
| MICHAEL BEYOR, ELIJAH GREEN, : | |
| NORTHWEST STATE CORRECTIONAL : | |
| FACILITY, : | |
| : | |
| Defendants. : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed February 19, 2014. (Doc. 13.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

The Motion to Dismiss filed by Defendants Michael Beyor and Northwest State Correctional Facility ("State Defendants") (Doc. 12) is GRANTED. Plaintiff shall be allowed 30 days to file an Amended Complaint. Failure to do so shall result in dismissal with prejudice of all of Lumumba's § 1983 claims against the State Defendants.

The Court sua sponte DISMISSES Lumumba's § 1983 claim against Defendant Elijah Green.

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 17th day of April, 2014.

                                   /s/ J. Garvan Murtha
                                   Honorable J. Garvan Murtha
                                   United States District Judge